IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-00518

FIROOZEH DUMAS, an individual,

    Plaintiff,

v.

WARNER LITERARY GROUP, LLC,
a Colorado limited liability company,

    Defendant.

---

**MOTION FOR LEVEL 1 RESTRICTION OF COMPLAINT (DOCKET ENTRY #1) TO RESTRICT PUBLIC ACCESS TO PLAINTIFF'S HOME ADDRESS**

---

Plaintiff, Firoozeh Dumas ("Ms. Dumas" or "Plaintiff") certifies that, pursuant to D.C.COLO.LCivR 7.1(a) counsel for Plaintiff has not been able to confer with counsel for the Defendant as Defendant has not yet entered an appearance or otherwise filed an Answer. While is not clear whether Defendant will oppose the relief requested herein, there is no prejudice to the Defendant as it will have access to the pleading in question and already has Plaintiff's personal information that is at issue, as it was Plaintiff's literary agent.

Ms. Dumas, by and through her attorneys, David W. Feeder II and Chasity J. Barker of Feldmann Nagel, LLC, hereby submits her Motion for Level 1 Restriction of Complaint (Docket Entry #1) To Restrict Public Access to Plaintiff's Home Address ("Motion"), and in support thereof, states and alleges as follows:

Plaintiff Firoozeh Dumas is a U.S. citizen who resides in Germany, and she is an author who has been writing novels since 2001, and publishing since 2003. Allowing the public to have

access to Ms. Dumas' home address could place her and her family in danger. Due to her ethnic background and the nature of Ms. Dumas's writings, she has previously received multiple death threats. Therefore, Ms. Dumas seeks to have her home address restricted from public access as it is included in her Complaint. (See Complaint, Docket Entry #1.)

D.C.COLO.LCivR 7.2(b) permits the Court to restrict public access to documents otherwise available for public inspection when: (i) there is an interest to be protected which outweighs the public interest in such access; (ii) the movant can show a clearly defined and serious injury that would result if access is not restricted; and (iii) there is no alternative to restricted access. Ms. Dumas's Motion fulfills these requirements as follows:

(i) <u>Protected Interest vs. Public Access</u>. There is no reasonable public interest in the Plaintiff's home address, and this information is not necessary or relevant to the issues presented in the pending case. Plaintiff's interest in the safety of her and her family greatly outweigh any public interest in this personal and private information.

(ii) <u>Clearly Defined and Serious Injury</u>. The public's ability to have access to Plaintiff's home address creates a risk of danger for Plaintiff and her family, in light of previous threats that Plaintiff has received.

(iii) <u>No Alternative to Restricted Access</u>. In this case, there is no alternative to Level 1 Restriction of the Plaintiff's home address that will adequately safeguard the Plaintiff's significant protected interest.

Pursuant to D.C.COLO.LCivR 7.2(b), Plaintiff seeks Level 1 Restriction of the Complaint (Docket Entry #1), to protect her home address information.

The requirements of D.C.COLO.LCivR 7.2(b) are satisfied, and Plaintiff therefore requests that her Motion be granted, and the Complaint (Docket Entry #1) be restricted to Level 1 restriction to protect Ms. Dumas and her family from possible harassment or even physical violence.

WHEREFORE, Plaintiff prays for the entry of an order restricting access to the Plaintiff's address in her Complaint (Docket Entry #1).

DATED this 9th day of March, 2016.

    Respectfully submitted,

    FELDMANN NAGEL, LLC

    By: _/s Chasity J. Barker_
       Chasity J. Barker, Esq. (Atty. Reg. #36167)
       David W. Feeder II, Esq. (Atty. Reg. # 31237)
       Feldmann Nagel, LLC
       3001 Brighton Blvd, Ste. 343
       Denver, Colorado 80216
       Phone: (303) 813-1200
       Fax: (303) 813-1201
       E-mail: dfeeder@feldmann-nagel.com
    ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed with the Court and served by email, via the CM/ECF system, on this 9th day of March, 2016, upon the following:

Sarah Warner
Warner Literary Group
sw@warnerliterarygroup.com

    /s _Ann Myers_
    Ann Myers